IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MICHAEL PHINNEY,

        Petitioner,               No. CIV S-10-0564 FCD KJM P

    vs.

S. SALINAS,

        Respondent.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's request to proceed in forma pauperis (docket no. 2) is denied as unnecessary;

        2. Respondent is directed to file a response to petitioner's application within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination

1 of the issues presented in the application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;  Because
2 this petition challenges a denial of parole, the relevant documents should include the transcript of
3 the parole hearing and any documents, reports or letters considered by the panel;

4     3. Petitioner's reply, if any, shall be filed and served within thirty days of service
5 of an answer;

6     4. If the response to petitioner's application is a motion, petitioner's opposition
7 or statement of non-opposition shall be filed and served within thirty days of service of the
8 motion, and respondent's reply, if any, shall be filed within fourteen days thereafter; and

9     5. The Clerk of the Court shall serve a copy of this order together with a copy of
10 petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer
11 Neill Senior Assistant Attorney General.

12 DATED:  May 7, 2010.

13

14                 U.S. MAGISTRATE JUDGE

15 2/md
phin0564.100fee

2